[No. 4850-1-III. Division Three. March 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE
R. BAEZA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 4869, James D. Kendall, J., entered September
28, 1981. *Affirmed* by unpublished opinion per Munson,
A.C.J., concurred in by Green and McInturff, JJ.

[No. 11534-1-I. Division One. April 4, 1983.]

*In the Matter of the Marriage of* PATRICIA JOAN
CHILES, *Respondent, and* FRANCIS EDGAR
CHILES, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 8067, Richard L. Pitt, J., entered January 30,
1981. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen, C.J., and Corbett, J.

[No. 11241-4-I. Division One. April 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR
ANDREW ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-02810-8, George T. Mattson, J., entered
January 20, 1982. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold and Scholfield, JJ.